Case Number: 09-53030
Debtor Name: ADILOVIC, ADNAN NMN

Date: December 20, 2010
PROPOSED DISTRIBUTION

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $2,000.27 |
| | Marc P. Gertz Trustee 11 S. Forge St. Akron OH 44304 | Administrative | 100 | $500.07 | $0.00 | $500.07 | $500.07 | $1,500.20 |
| | Marc P. Gertz Trustee 11 S. Forge St. Akron OH 44304 | Administrative | 100 | $16.28 | $0.00 | $16.28 | $16.28 | $1,483.92 |
| | Subtotals For Class Administrative 100.00% | | | $516.35 | $0.00 | $516.35 | $516.35 | |
| 1 | DISCOVER BANK DFS Services LLC PO Box 3025 New Albany, Ohio 43054-3025 | Unsecured | 300 | $9,604.10 | $0.00 | $9,604.10 | $184.39 | $1,299.53 |
| 2 | PYOD LLC its successors and assigns c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Unsecured | 300 | $1,485.82 | $0.00 | $1,485.82 | $28.53 | $1,271.00 |
| 3 | PYOD LLC its successors and assigns c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Unsecured | 300 | $11,283.41 | $0.00 | $11,283.41 | $216.64 | $1,054.36 |
| 4 | Chase Bank USA,N.A c/o Creditors Bankruptcy Service P O Box 740933 Dallas,Tx 75374 | Unsecured | 300 | $807.19 | $0.00 | $807.19 | $15.50 | $1,038.86 |
| 5 | Key Equipment Finance Inc. 1000 S. McCaslin Blvd. Superior, CO 80027 | Unsecured | 300 | $39,273.18 | $0.00 | $39,273.18 | $754.03 | $284.83 |
| 6 | Ohio Dept.Job & Family Services P.O. Box 182404 Columbus, OH 43218 | Unsecured | 300 | $226.00 | $0.00 | $226.00 | $4.34 | $280.49 |
| 8 | Recovery Management Systems Corporation For GE Money Bank dba JCPENNEY CREDIT SERVICES 25 SE 2nd Ave Ste 1120 Miami FL 33131 | Unsecured | 300 | $513.36 | $0.00 | $513.36 | $9.86 | $270.63 |
| 9 | Tennessee Commerce Bank Attn: Special Asset Department 381 Mallory Station Road, Suite 207 Franklin, TN 37067-8264 | Unsecured | 300 | $14,096.26 | $0.00 | $14,096.26 | $270.63 | $0.00 |
| 10 | Fifth Third Bank Bankruptcy Department/MD#RSCB3E 1830 E Paris SE Grand Rapids MI 49546 | Unsecured | 350 | $7,705.27 | $0.00 | $7,705.27 | $0.00 | $0.00 |
| 11 | Fifth Third Bank Bankruptcy Department/MD#RSCB3E 1830 E Paris SE Grand Rapids MI 49546 | Unsecured | 350 | $5,062.45 | $0.00 | $5,062.45 | $0.00 | $0.00 |
| | Subtotals For Class Unsecured 1.65% | | | $90,057.04 | $0.00 | $90,057.04 | $1,483.92 | |
| 5 | Key Equipment Finance Inc. 1000 S. McCaslin Blvd. | Secured | 400 | $23,000.00 | $0.00 | $23,000.00 | $0.00 | $0.00 |

Date printed 12/20/2010 10:00 AM

| Claim # | Payee Name | | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|---|
| | Superior, CO 80027 | | | | | | | | |
| 7 | First Merit Bank III Cascade Plaza Akron, OH 44308 | | Secured | 400 | $2,991.20 | $0.00 | $2,991.20 | $0.00 | $0.00 |
| Subtotals For Class Secured | | 0.00% | | | $25,991.20 | $0.00 | $25,991.20 | $0.00 | |
| | Totals | | | | $116,564.59 | $0.00 | $116,564.59 | $2,000.27 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.